Lance D. Brown, Esq.
DePinto and Brown, LLC
3705 Quakerbridge Road, Suite 214
Hamilton, New Jersey 08619
Phone: (609) 587-5100
Fax: (609) 587-6030
Attorney(s) for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE UNITED STATES SMALL BUSINESS ADMINISTRATION AS RECEIVER FOR PENNY LANE PARTNERS, L.P. <br><br> Plaintiff, <br><br> vs. <br><br><br> STEVEN BERGER, <br><br> Defendant. | CIVIL ACTION NUMBER: 08-CV-2245 <br><br> Hon. Garrett E. Brown, Chief D.J <br> Hon. John J. Hughes M.J <br><br><br> **NOTICE OF MOTION TO FILE ANSWER OUT OF TIME** |

PLEASE TAKE NOTICE that on September 8, 2009 at 10:00 a.m., or as soon thereafter

as counsel may be heard, Defendant Steven Berger, by and through his counsel, DePinto & Brown, LLC,

will move this Court before Honorable Chief Judge Garrett E. Brown, Jr. at the Clarkson S. Fisher

Federal Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order

Allowing Defendant to File Answer to Complaint Out of Time.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 7. 1(d)(3) of the Local Civil

Rules of the United States District Court for the District of New Jersey, any reply brief and papers must

served upon the undersigned counsel and filed no later than 7 days prior the original motion date, unless

the Court otherwise orders, or an automatic Extension is obtained pursuant to

Rule 7.1(d) (5) of the Local Civil Rules.

Dated: August 26, 2009

Lance D. Brown, Esq.
DEPINTO AND BROWN, LLC

By:*/s/ Lance D. Brown, Esq.*
Lance D. Brown, Esq.

1