# DePinto and Brown, LLC

## Attorneys at Law
3705 Quakerbridge Road, Suite 214
Hamilton, NJ 08619

Salvatore D. DePinto, Esq.
Licensed NJ

Phone: (609) 587-5100
Fax: (609) 587-6030
Real Estate Fax: (609) 587-6031

Lance D. Brown, J.D. LL.M
Licensed NJ, PA, US Tax

depintoandbrown.com

August 26, 2009

Honorable Chief Judge Garrett E. Brown, Jr.
U.S. District Court of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

RE:    CIVIL ACTION NO.: 06-1894 (GEB/JJH)
       UNITED STATES OF AMERICA V. PENNY LANE PARTNERS, L.P

       U.S. SMALL BUSINESS ADMINISTRATION AS RECEIVER FOR PENNY LANE PARTNERS, L.P.
       V. STEVEN BERGER
       U.S. DISTRICT COURT, NEW JERSEY (TRENTON), CASE NO.: 08-CV-2245

Dear Judge Brown:

This action is associated with the New Jersey District Court matter United States of America v. Penny Lane Partners, L.P. Docket No.: 06 CV 1894 wherein the defendant, PLP is alleged to have owed the plaintiff monies. As a result of this, Penny Lane Partners, through their Court appointed receiver, United States Small Business Administration, began to pursue the $1.9 million in unfunded Limited Partner capital commitments. Upon information and belief there were/are a total of 40 Limited Partners with whom PLP as unable to reach settlement agreements. Litigation was pursued on each account. Some time in April 2008 Complaints were filed with the Court and served upon each defendants within the following months.

We were made aware of each client over the course of five – six months. We were not initially retained for every one at the same time. For scheduling purposes, each of these clients was lumped together in one group despite any differences each defendant's case may have had from another. We immediately pled on behalf of those we were aware of and began moving the case forward.

We filed motions to dismissed based mostly on jurisdictional grounds. In December 2008, the Court ruled in favor of the plaintiff with regard to the motions to dismiss this firm filed on behalf of our clients with regard to jurisdiction and/or for lack of proper service. An appeal

was immediately filed and we had assumed that this put a stay on the matter as bearing heard in the District Court.  In fact, as to defendant Mark Barbera, upon notice of the filing of an appeal, the District Court had determined that "due to the pending interlocutory appeal, the Court is without jurisdiction to consider the pending motion at this time;"  This was with regard to plaintiff's motion for default judgment.

Once the Appellate Court determined that they lacked jurisdiction to proceed, as this appeal was interlocutory, it came to our attention that those defendants of whom we were notified at a later date than the original group never had answers filed on their behalf with regard to matter herein.  When these matters came back down they were administratively consolidated for scheduling purposes with a number of phone conferences with the Magistrates.  As interest is accruing, there is no prejudice for filing out of time.  I contacted the adversary to request their consent in these defendants being allowed to answer out of time but was never provided with a response.  This motion follows.

Respectfully yours,

*/s Lance D. Brown, Esq.*
Lance D. Brown, Esq.
DEPINTO AND BROWN, LLC

LDB/ls