Lance D. Brown, Esq.
DePinto and Brown, LLC
3705 Quakerbridge Road, Suite 214
Hamilton, New Jersey 08619
Phone: (609) 587-5100
Fax: (609) 587-6030
Attorney(s) for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE UNITED STATES SMALL BUSINESS ADMINISTRATION AS RECEIVER FOR PENNY LANE PARTNERS, L.P. | CIVIL ACTION NUMBER: 08-CV-2245 |
| Plaintiff, | Hon. Garrett E. Brown, Chief D.J<br>Hon. John J. Hughes M.J |
| vs. | |
| STEVEN BERGER, | **PROPOSED ORDER** |
| Defendant. | |

THIS MATTER having been brought before the United States District Court, District of New Jersey by Lance Brown, Eq., counsel for Defendant, upon a Notice of Motion to File Answer Out of Time and the Court, having read and considered the papers submitted in support of the Motions and any opposition thereof; and for good cause shown;

IT is on this _____ day of  ____, 2009,

ORDERED that the Defendant's Motion to File Answer Out of Time is GRANTED.

_____
Hon. Garrett E. Brown
United States District Court
District of New Jersey

1