# GOTTESMAN, WOLGEL, MALAMY, FLYNN & WEINBERG, P.C.

A Professional Corporation Incorporated in the State of New York

SAMUEL GOTTESMAN (1905-1974)
HAROLD H. WOLGEL
KENNETH W. MALAMY
LAWRENCE L. FLYNN
STEVEN WEINBERG
ROBERT A. DASHOW ◊
STEWART W. LEE ◊

RICHARD B. DEMAS
RACHAEL FORTE
SUSANNA REQUETS ◊

◊ Also Admitted in New Jersey

ATTORNEYS AT LAW
11 HANOVER SQUARE
NEW YORK, N.Y. 10005-2870

TELEPHONE (212) 495-0100
FACSIMILE (212) 480-9797

ARNOLD A. SECUNDA (EMERITUS)
GERALD M. SMITH (EMERITUS)

WRITERS E-MAIL:
slee@gottesmanlaw.com

IN REPLY REFER TO

14258

September 15, 2009

**VIA FACSIMILE (609) 989-0463**
**and ELECTRONIC CASE FILING**

The Honorable Garrett E. Brown, Jr.
U.S. District Court of New Jersey
Clarkson S. Fisher Federal Building
& U.S. Couthouse
402 East State Street
Trenton, New Jersey 08608

## RECEIVED

### SEP 16 2009

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re:   Civil Case No. 08 CV 2245
      U.S. Small Business Administration
      as Receiver for Penny Lane Partners, L.P.
      <u>v. Steven Berger</u>

Dear Chief Judge Brown:

Our firm acts as local counsel of record for the United States Small Business Administration ("SBA") in its capacity as the court appointed Receiver ("Receiver") of Penny Lane Partners, L.P. ("Penny Lane").

We respectfully request an adjournment of defendant Steven Berger's Motion to File Answer Out of Time (ECF Doc. 14) from its present Motion Day of September 21, 2009 to the new Motion Day of October 19, 2009. The requested adjournment will also permit the Receiver to submit its opposition on or before October 5, 2009 pursuant to the motion briefing schedule published by the Clerk of the Court.

This is the first adjournment being requested for this motion. The adjournment is requested so that the Receiver's counsel may have additional time it needs to oppose defendant's Motion and cross-move for default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedures.

In addition to this motion, defendant's counsel has also made similar motions in the Receiver's ancillary actions against Mark Barbara (08-CV-1953), Nahid Behfarin (08-CV-1393) and Jacob Stefansky (08-CV-1968). By separate letter requests, the Receiver will be seeking adjournments of those motions as well so that the Receiver may oppose same and cross-move for default judgment against Behfarin (08-CV-1393). The

The Honorable Garrett E. Brown, Jr.
U.S. District Court of New Jersey
September 15, 2009
Page 2

Receiver does not seek to cross-move for default judgment in the ancillary actions against Mark Barbara (08-CV-1953) and Jacob Stefansky (08-CV-1968) because this Court has already granted the Receiver default judgment as to liability and is presently considering the Receiver's proofs on damages. The Clerk of the Court had already made its entry of defaults against Defendant Steven Berger in this action and against Nahid Behfarin in said ancillary action.

    We remain available to answer any questions this Court may have.

    Thank you.

Respectfully yours,

Stewart W. Lee

cc:   Lance Brown, Esq.
DePinto & Brown, LLC
3705 Quakerbridge Road, Suite 214
Hamilton, New Jersey 08619
- *Via Electronic Case Filing & Facsimile (609) 587-6030*

So Ordered this 16th day
of September, 2009

Douglas E. Arpert, U.S.M.J.